**FILED**

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0585

_____

DONNIE LEE STANDLEY,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

ORDER

_____

    Appellant has filed a motion for a 120-day extension of time to file his opening brief in the referenced matter.

    IT IS ORDERED that the motion for extension is GRANTED. Appellant has until May 21, 2021, within which to file his opening brief.

    DATED this 13 day of January, 2021.

For the Court,

By _____
        Chief Justice

Donnie Lee Standley
AO# 3022803
Crossroads Corectional
Shelby MT, 59474
Donnie.Standley@Gmail.com
Petitioner and Appellant Pro se,

FILED

JAN 12 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| DONNIE LEE STANDLEY, | Supreme Court No. DA 20-585 |
| Petitioner and Appellant, | |
| V. | REQUEST FOR EXTENSION OF TIME AND REQUEST FOR ADDITIONAL TIME |
| STATE OF MONTANA, | |
| Respondent and Appellee, | |

I move the Court for 30 days of additional time to file an opening brief on appeal. [M.R.App.P.26]

The current due date is January 21, 2021. To be changed to February 21, 2021

I also move the Court for an additional 90 days of time to file an opening brief on appeal. for a final doe date of May 21, 2021. [Rule 26(2)]

The reason I'm asking for the additional extension of time, is that the facility has been in a semi lock down state for the past year with two weeks at a time complete lock downs reaccering in some cases twice a month because of Covid-19, this has made meaningful access to the resources to research write and file a petition to the Courts non-existent most of the time.

I have made endless requests threw "Kites" and filed numerous grievances to get access to the Law library, a paralegal, assistance for a learning disability, and access to a typewriter, every time I start the Grievance process I would be given brief access to the things I request in the grievance just to have it taken away as soon as the grievance process stopped, it has taken two months just to get this typewriter to write this motion, the last motion I wrote was with a typewriter I had some one else check out so that one particular facility staff member wouldn't know I was using a typewriter and find every excuse they can to take it away.

I need to also mention the facility staff has on more then one occasion tried to make me late for filing my motions on time by refusing to notarize, make

1

photocopies of or mail out my legal work/mail.

I'm currently preparing a federal 1983 for fourteenth amendment violations, for restricting access to the courts. since incarceration my legal documents have been seized and destroyed, my legal mail has been opened outside my presents and withheld for extended periods of time, and as described earlier meaningful access to the courts has been non-existent most of the time with only 45 minutes to 1 hour in the law library a week. and I'm forced to sue core civic to get meaningful access to the information to file a meaningful appeal, I plan to furnish a copy of the federal 1983 as part of my opening brief to show as to why the District Court was wrong in denying me relief.

I request the Court to provide me with 30 days and an additional 90 days, that I may file a proper opening brief with the Supreme Court.

I'm am incarcerated and not required to contact opposing counsel.

DATED this ___3___ day of __January__ ,2021.

_____
Donnie Lee Standley

CERTIFICATE OF SERVICE

I Certify that I have filed this Motion for EXTENSION OF TIME with the Clerk of the Montana Supreme Court and that I Have Mailed a copy to each attorney of record as follows.

DANIEL GUZYNSKI
assistant Attorney General
PO Box 201401
Helena, MT 59620-1401

Clerk of Sixth Judicial District Court
Sweet Grass County
PO Box 698
Big Timber, MT 59011

DATED this _3_ day of __January__ ,2021.

_____
Donnie Lee Standley

2